### (October 13, 1978)

■ In the Matter of JOSEPH PAIGE, for Reinstatement to the Bar of the State of New York.—Motion to amend order of this court granted so as to permit respondent to take employment as a law clerk for a suggested period of at least six months and to direct respondent to produce his prospective employer before the Committee on Character, Fitness and Admission at a hearing to be held on October 16, 1978. Concur—Murphy, P. J., Lupiano, Birns, Silverman and Evans, JJ.

### (October 17, 1978)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GENARO DE JESUS, Appellant.—Judgment, Supreme Court, Bronx County, rendered on April 13, 1977, unanimously affirmed. Application by appellant's counsel to withdraw is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. While defendant has been afforded an ample opportunity to file a supplemental brief *pro se,* he has failed to do so. Concur—Murphy, P. J., Lupiano, Markewich, Sandler and Sullivan, JJ.